No. 80–6531. Stebbins v. Fireman's Fund Insurance Corp. et al. C. A. D. C. Cir. Certiorari denied. Justice Stewart took no part in the consideration or decision of this petition.

No. 80–827. Scanlon, Secretary of Education of Pennsylvania v. Battle et al. C. A. 3d Cir. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. Justice White would grant certiorari.